UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

BARTON TAYLOR COOK III

   Plaintiff                                               Case No: 8:14-cv-2562-T-33TBM

-v-

ETHICAL RECOVERY SOLUTIONS, LLC

   Defendant

_____/

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, BARTON TAYLOR COOK III, hereby motions this court DISMISS this complaint without prejudice. Defendant filed Articles of Dissolution with the Secretary of State of Florida on the 3rd Day of November 2014. Therefore the Plantiff moves the court for a Voluntary Dismissal.

.

Respectfully submitted this 19th Day of November 2014.

_____

BARTON TAYLOR COOK III
Bradenton, FL 34203

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF SERVICE

I hereby certify that on 11-19-14, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

s/ *[signature]*
Barton Taylor Cook III
Plaintiff

Bradenton, FL 34203
941-704-4044
Taylor4law@yahoo.com